# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE KOCHER :

     Plaintiff : CIVIL ACTION NO. 3:17-2127

v. : JUDGE MANNION

MUNICIPALITY OF KINGSTON and :
MAYOR JAMES HAGGERTY,
      :

     Defendants :

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendants' motion for summary judgment, **(Doc. 15)**, is **GRANTED** with respect to the plaintiff's retaliation claims under the ADAAA and the PHRA in Count II of his amended complaint, **(Doc. 1-1 at 13-20)**.

**(2)** Judgment is entered in favor of the defendants and against the plaintiffs regarding his retaliation claims under the ADAAA and the PHRA in Count II of his amended complaint.

**(3)** The defendants' motion for summary judgment, **(Doc. 15)**, is **GRANTED** with respect to the plaintiff's disability discrimination claims under the ADAAA and the PHRA in

Count II of his amended complaint, **(Doc. 1-1 at 13-20)**.

**(4)** Judgment is entered in favor of the defendants and against the plaintiffs regarding his disability discrimination claims under the ADAAA and the PHRA in Count II of his amended complaint.

**(5)** The court declines to exercise supplemental jurisdiction over the plaintiff's state common law retaliation claim in Count I of his amended complaint and this claim is **DISMISSED WITHOUT PREJUDICE**.

**(6)** The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: August 13, 2019**

17-2127-01-ORDER.wpd